UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHYAR ABBAS,<br><br>        Plaintiff,<br><br>        v.<br><br>ELAINE DUKE, et al.,<br><br>        Defendants. | Case No. 17-cv-05668-NC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Mehyar Abbas filed a complaint and petition for a writ of mandamus on September 29, 2017. Dkt. No. 1. Since then, Abbas has not indicated that he served the defendants in this case with the complaint and summons. Under Federal Rule of Civil Procedure 4(m), a plaintiff must serve all defendants with the complaint and summons within 90 days of filing the complaint. Rule 4(l) requires the plaintiff to file proof of service with the Court. If the plaintiff does not comply, the Court must dismiss the case without prejudice or order that service be made within a specified time period. Here, Abbas has until December 28, 2017, to serve all defendants and file proof of service with the Court. If he does not do so by then, the Court will be inclined to dismiss the case without prejudice.

The Court schedules an initial case management conference on February 7, 2018, at 10:00 a.m. in San Jose courtroom 7. The parties must file a case management statement by January 31, 2018.

Finally, the Court informs Abbas that the Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am – 12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.

**IT IS SO ORDERED.**

Dated: November 3, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHYAR ABBAS,<br><br>    Plaintiff,<br><br>    v.<br><br>ELAINE DUKE, et al.,<br><br>    Defendants. | Case No. 17-cv-05668-NC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 3, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mehyar Abbas
4835 Largo Vista Circle
San Jose, CA 95129

Dated: November 3, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Lili Harrell, Deputy Clerk to the
Honorable NATHANAEL M. COUSINS

3